**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:22-cv-01866-PGB-DAB

TAVIA WAGNER,

      Plaintiff,

vs.

KALYNN WALDEN, LLC, and
EDWARD M. WALDEN, d/b/a
EDD WALDENS FILLING STATION,

      Defendants.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby

files this Stipulation of Voluntary Dismissal, with prejudice, of this action, against

Defendants, KALYNN WALDEN, LLC, and EDWARD M. WALDEN, d/b/a EDD

WALDENS FILLING STATION.

Respectfully submitted this 30th day of December 2022.

  By: /s/Joe M. Quick, Esq.
     Joe M. Quick, Esq.
     Florida Bar No.: 0883794
     Law Offices of Joe M. Quick, P.A.
     *Counsel for Plaintiff*
     1224 S. Peninsula Drive #619
     Daytona Beach, Florida 32118
     Tel: (386) 212-3591
     E-mail:JMQuickesq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com