**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TAVIA WAGNER,**

      **Plaintiff,**

**v.**                    **Case No: 6:22-cv-1866-PGB-DAB**

**KALYNN WALDEN, LLC and**
**EDWARD M. WALDEN,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed December 30, 2022. (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Kalynn Walden, LLC, and Edward M. Walden are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 5, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties